```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Message-Id:44087643@txs.uscourts.gov
Subject:Activity in Case 4:25-cv-03231 Brown v. Brazoria County Sheriff's Office / Jail et al
Clerks Notice of Filing Fee Due (FORM, noticing) – Civil
Content−Type: text/html
```

# U.S. District Court

# SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 7/11/2025 at 11:28 AM CDT and filed on 7/11/2025

| | |
|---|---|
| **Case Name:** | Brown v. Brazoria County Sheriff's Office / Jail et al |
| **Case Number:** | 4:25−cv−03231 |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**CLERKS NOTICE of Filing Fee Due for filing of a case. Parties notified. (anc4)**


**4:25−cv−03231 Notice has been electronically mailed to:**

**4:25−cv−03231 Notice has not been electronically mailed to:**
Brandon−Meion Brown
PO Box 84
Clute TX 77531
US