IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JUL 21 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Peter-Eugene : Alvarado©, by and through Next Friend Brandon-Meion : Brown© | § | |
| v. | § | Civil Action No. 4:25-cv-03231 |
| Brazoria County Jail, et al. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge preside over all further proceedings, including the trial and entry of final judgment pursuant to 28 U.S.C. § 636(c).

Plaintiff:

*[signature]*

Brandon-Meion : Brown©
Next Friend and Legal Custodian of Peter-Eugene : Alvarado©

Defendant:

_____

(To be completed by Defendant or Counsel)

## ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge _____ to conduct all further proceedings, including final judgment.

