# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS — HOUSTON DIVISION

*Case No. 4:25-cv-03231*

Brandon-Meion : Brown©, Plaintiff
v.
Brazoria County Sheriff's Office / Jail, et al., Defendants

United States Courts
Southern District of Texas
F I L E D

JUL 2 1 2025

Nathan Ochsner, Clerk of Court

## Emergency Motion for Protective Custody and Immediate Transfer to a Mental Health Facility

TO THE HONORABLE MAGISTRATE JUDGE OF THE COURT:

COMES NOW, Brandon-Meion : Brown©, Plaintiff and Next Friend of Peter-Eugene : Alvarado©, and respectfully submits this Emergency Motion requesting immediate federal protection and transfer of Peter-Eugene : Alvarado© from the Brazoria County Jail to a qualified mental health facility, and in support thereof would show the Court as follows:

1. 1. **Jurisdiction and Standing:** This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 for federal questions involving civil rights and violations under the Americans with Disabilities Act (ADA), as well as constitutional protections. Plaintiff brings this motion as Next Friend pursuant to Federal Rule of Civil Procedure 17(c)(2).
2. 2. **Facts and Urgency:** Peter-Eugene : Alvarado©, age 18, suffers from a severe mental disability, is unable to read or write, and cannot manage his legal or personal affairs. He is currently detained at Brazoria County Jail under conditions that are unsafe and discriminatory, constituting ongoing violations of his civil rights.
3. 3. **Immediate Harm:** On July 16, 2025, during a visitation, Peter reported that an individual inside the jail is attempting to force him to wear a dress, causing extreme emotional distress and trauma. This constitutes abuse and cruel and unusual punishment under the Eighth and Fourteenth Amendments.
4. 4. **Legal Violations:** These actions violate the ADA (42 U.S.C. § 12132), the Civil Rights Act (42 U.S.C. § 1983), and constitutional protections against cruel and unusual punishment.
5. 5. **Relief Requested:** Plaintiff respectfully requests the Court issue an Order: (a) immediately removing Peter-Eugene : Alvarado© from Brazoria County Jail; (b) transferring him to a state or federally approved mental health facility for proper treatment; and (c) prohibiting further abuse, discrimination, or retaliatory harm while in custody.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant this Emergency

Action No. 4:25-cv-03231. These filings seek immediate relief in the form of Peter's removal from Brazoria County Jail and transfer to a licensed mental health treatment facility pursuant to ADA compliance and federal judicial oversight.

I hereby request formal intervention, monitoring, and investigation by the U.S. Department of Justice and its relevant divisions to prevent further violations of Peter–Eugene : Alvarado©'s federally protected rights. I am acting under the authority of Federal Rule of Civil Procedure 17(c)(2) as his Next Friend and legal custodian.

Please consider this notice and the attached federal filings as part of an official administrative record in compliance with federal statutory protections and your duty to enforce civil rights under 28 C.F.R. Part 35 and 28 C.F.R. § 35.130(b)(7).

Enclosures: Declaration of Mental Disability and Emergency Motion for Protective Custody (Filed 7/16/2025).

Respectfully submitted,

*[signature]*

Brandon–Meion : Brown©

Enclosures: Declaration and Emergency Motion (Federal Case No. 4:25-cv-03231)

Brandon-Meion : Brown©

PO Box 84

Clute, Texas 77531

triocouriers@gmail.com

281-908-6300

July 16, 2025

United States Courts
Southern District of Texas
FILED

JUL 21 2025

Nathan Ochsner, Clerk of Court

To: United States Department of Justice – Civil Rights Division

CC: ADA Enforcement Division, Office for Civil Rights

## Subject: Emergency Notice of Federal Civil Rights and ADA Violations – Peter–Eugene : Alvarado©

Pursuant to 42 U.S.C. § 12132 (Title II of the Americans with Disabilities Act), 42 U.S.C. § 1983 (Civil Rights Act), and the Eighth and Fourteenth Amendments of the United States Constitution, I, Brandon-Meion : Brown©, hereby submit this emergency notice regarding ongoing and escalating constitutional and statutory violations committed against my disabled son, Peter-Eugene : Alvarado©, currently incarcerated at the Brazoria County Jail in Texas.

Peter is an adult with a diagnosed and debilitating mental disability. He is non-literate, behaviorally impaired, and functionally incapacitated. He has no capacity to advocate for himself and has been housed with adult inmates in a mental health unit without appropriate supervision, legal safeguards, or compliant medical support. This confinement constitutes a clear violation of the ADA as established in U.S. v. Georgia, 546 U.S. 151 (2006), wherein the U.S. Supreme Court held that Title II of the ADA applies to state prisons.

During my most recent visitation on July 16, 2025, Peter reported that he is being coerced by other inmates or staff to wear female clothing, a form of humiliation and psychological abuse that directly violates his protected rights under the Eighth Amendment (Estelle v. Gamble, 429 U.S. 97 (1976)) and due process under the Fourteenth Amendment. He currently has no effective legal representative protecting his interests, despite being under court proceedings with assigned but inactive counsel. The failure of appointed legal counsel to intervene constitutes a constructive denial of representation and endangers Peter's civil and human rights.

I have filed an Emergency Motion for Protective Custody and supporting Declaration in the United States District Court for the Southern District of Texas, Houston Division, under Civil

Action No. 4:25-cv-03231. These filings seek immediate relief in the form of Peter's removal from Brazoria County Jail and transfer to a licensed mental health treatment facility pursuant to ADA compliance and federal judicial oversight.

I hereby request formal intervention, monitoring, and investigation by the U.S. Department of Justice and its relevant divisions to prevent further violations of Peter-Eugene : Alvarado©'s federally protected rights. I am acting under the authority of Federal Rule of Civil Procedure 17(c)(2) as his Next Friend and legal custodian.

Please consider this notice and the attached federal filings as part of an official administrative record in compliance with federal statutory protections and your duty to enforce civil rights under 28 C.F.R. Part 35 and 28 C.F.R. § 35.130(b)(7).

Enclosures: Declaration of Mental Disability and Emergency Motion for Protective Custody (Filed 7/16/2025).

Respectfully submitted,

*[signature]*

Brandon-Meion : Brown©

Enclosures: Declaration and Emergency Motion (Federal Case No. 4:25-cv-03231)

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS — HOUSTON DIVISION

*Case No. 4:25-cv-03231*

United States Courts
Southern District of Texas
FILED

JUL 21 2025

Brandon-Meion : Brown©, Plaintiff
v.
Brazoria County Sheriff's Office / Jail, et al., Defendants

Nathan Ochsner, Clerk of Court

### Declaration of Mental Disability and Legal Custody
in Support of Emergency Motion for Protective Custody and Removal

I, Brandon-Meion : Brown©, declare under penalty of perjury the following facts:

- Custody & Family Role:
  I am the biological father and legal custodian of Peter-Eugene : Alvarado©, born July 14, 2007, currently age 18. He has lived under my care and supervision and is a named heir in my registered family trust.
- Mental Disability Status:
  Peter has been diagnosed with a serious cognitive and behavioral disability and is unable to read, write, or manage his own affairs. His mental disability is well-documented by school authorities, medical providers, and law enforcement.
- Incarceration & Abuse Report:
  Peter is currently being held in Brazoria County Jail, housed with adults in the mental health unit despite being severely disabled. On July 16, 2025, I visited him, and he reported that an individual inside the jail is trying to force him to wear a dress—causing him emotional distress, humiliation, and fear.
- Lack of Legal Representation and Treatment:
  Peter does not have a properly appointed disability attorney or mental health advocate, and his medications have been delayed, withheld, or mismanaged multiple times during his detainment.
- Urgency and Federal Concern:
  His detention under these conditions violates his civil rights, ADA protections, and poses an imminent threat to his health and safety. I respectfully request the Court recognize me as Peter's Next Friend and issue immediate relief to remove him from the Brazoria County Jail and transfer him to a qualified mental health facility.
- Declaration of Truth:
  I affirm these facts are true to the best of my knowledge, and I submit this declaration in good faith for the protection of my disabled son.

Executed this 16th day of July, 2025.

Respectfully submitted,

Brandon-Meion : Brown©
PO Box 84
Clute, Texas 77531
Phone: 281-908-6300
Email: triocouriers@gmail.com

STATE OF TEXAS
COUNTY OF BRAZORIA

On this 16th day of July, 2025, before me, the undersigned authority, personally appeared Brandon-Meion : Brown©, known to me or satisfactorily proven to be the individual whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free act and deed for the purposes and considerations therein expressed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

Notary Public, State of Texas
My Commission Expires: 08-16-2028



RYANN BORG
Notary Public, State of Texas
Comm. Expires 08-16-2028
Notary ID 135044583



Brandon [Signature]
P.O. Box 94
Clute TX 77531

JUL 17, 2025
$4.81
S2324P501593-05

9589 0710 5270 0061 4813 95

United States Courts
Southern District of Texas
FILED
JUL 21 2025
Nathan Ochsner, Clerk of Court

Clerk of Court
Attn: Civil Division
U.S. District Court - Southern District of Texas
Bob Casey United States Courthouse
Houston TX 77002

515 Rusk St