Brandon–Meion : Brown©

PO Box 84

Clute, Texas 77531

triocouriers@gmail.com

281-908-6300

July 16, 2025

United States Courts
Southern District of Texas
F I L E D

JUL 2 3 2025

Nathan Ochsner, Clerk of Court

Clerk of the Court

United States District Court

Southern District of Texas – Houston Division

515 Rusk Street

Houston, TX 77002

Re: Emergency Medical Relief Request – Peter–Eugene : Alvarado©

To the Honorable Magistrate Judge,

I, Brandon–Meion : Brown©, submit this emergency notice under Civil Action No. 4:25-cv-03231 to request immediate federal relief concerning the urgent health condition of Peter–Eugene : Alvarado©, an 18-year-old disabled adult currently held in Brazoria County Jail.

Peter underwent heart surgery prior to his incarceration and has not received any post-operative medical care, cardiac checkups, or follow-up with a licensed cardiologist during his confinement. His ongoing detention without cardiac evaluation poses a significant risk to his life and constitutes deliberate medical indifference under Estelle v. Gamble, 429 U.S. 97 (1976).

I respectfully request that the Court issue an emergency order requiring Brazoria County Jail officials to immediately escort Peter–Eugene : Alvarado© to a licensed cardiologist or hospital facility for post-surgical heart evaluation, continuation of care, and medication review.

Failure to provide essential medical treatment violates Peter's rights under the Eighth and Fourteenth

Amendments of the U.S. Constitution, the Americans with Disabilities Act (42 U.S.C. § 12132), and the standards set forth in the Federal Civil Rights Act (42 U.S.C. § 1983).

I submit this request in good faith and in defense of Peter's life, dignity, and constitutional protections.

Sincerely,

*[signature]*

Brandon–Meion : Brown©