United States Courts
Southern District of Texas
FILED

JUL 29 2025

Nathan Ochsner, Clerk of Court

## AO 239 – APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

(Long Form)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

Plaintiff: Brandon–Meion : Brown©

Defendant: Brazoria County Sheriff's Office / Jail, et al.

Case Number: 4:25-cv-03231

1. Full Name: Brandon–Meion : Brown©

2. Address: P.O. Box 84, Clute, TX 77531

3. Social Security Disability Income: $808/month

4. Employer: None (Disabled)

5. Marital Status: Single

6. Dependents: 0

7. Monthly Income: $808 (Social Security Disability)

8. Other Support: None

9. Cash on Hand: Less than $100

10. Monthly Expenses: Rent, utilities, food, transportation

11. Assets: None of significant value

12. Debts: Monthly living expenses only

Declaration:

I declare under penalty of perjury that the above information is true and understand that a false statement may result in the dismissal of my claims.

Signature: *[signature]*

Date: 07-24-2025