

# Social Security Administration
## Benefit Verification Letter

Date: July 14, 2025
BNC#: 25CZ065D63014
REF: A, DI

United States Courts
Southern District of Texas
FILED

JUL 29 2025

Nathan Ochsner, Clerk of Court

BRANDON MEION BROWN
APT 1007
101 HACKBERRY ST
CLUTE TX  77531-4212

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2024, the full monthly Social Security benefit before any deductions is $962.70.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $962.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on August 18, 2007.

**Information About Past Social Security Benefits**

From August 2024 to November 2024, the full monthly Social Security benefit before any deductions was $939.30.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $939.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

25CZ065D63014                                                                                   Page 2 of 3

## Information About Supplemental Security Income Payments

Beginning March 2009, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning March 2009.

We found that you became disabled under our rules on August 18, 2007.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning February 2010.

You are entitled to medical insurance under Medicare beginning February 2010.

Your Medicare number is 1MK3R59YY06. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is December 16, 1980.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-338-2940**.

       SOCIAL SECURITY
       2921 N VALDERAS ST
       ANGLETON TX 77515



25CZ065D63014

Page 3 of 3

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*



USPS Priority Mail Express Flat Rate Envelope

From: CANDY HERNANDEZ
101 HACKBERRY ST APT 1007
CLUTE TX 77531

To: CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 61010
HOUSTON TX 77208

USPS SIGNATURE TRACKING #
9481 7118 9956 0037 8368 29

Mailed from ZIP 77065, Jul 24 2025