United States Courts
Southern District of Texas
FILED

JUL 29 2025

Nathan Ochsner, Clerk of Court

## CERTIFICATE OF INTERESTED PARTIES

I, Brandon–Meion : Brown©, certify that I am the sole party with a financial interest in this case. I am a private individual who receives Social Security Disability benefits as my sole source of income.

No other persons, entities, corporations, law firms, third-party litigation funders, or publicly traded companies have a financial interest in the outcome of this matter.

I make this certification pursuant to the court's order and Rule 7.1 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*[signature]*

Brandon–Meion : Brown©
Pro Se Plaintiff

Dated: July 24, 2025

State of Texas
County of TX

Subscribed and sworn to (or affirmed) before me on this 24 day of July, 2025, by Brandon–Meion : Brown©, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature of Notary Public: *[signature]*

Printed Name of Notary: GARRY BUSTAMANTE

My Commission Expires: _____

*[Notary seal: GARRY BUSTAMANTE, NOTARY PUBLIC, STATE OF TEXAS, Notary ID 135515786, Comm. Expires 05-14-2029]*

# COVER LETTER TO THE CLERK OF COURT

July 24, 2025

Clerk of the Court
United States District Court
Southern District of Texas
Houston Division
515 Rusk Street
Houston, TX 77002

Re: Brown v. Brazoria County Sheriff's Office / Jail et al
Civil Action No. 4:25-cv-03231

Dear Clerk of Court,

Please find enclosed the following documents for filing in the above-referenced case:

1. Certificate of Interested Parties
2. Proof of Service Forms for the named defendants

The defendants to be served include:
- Brazoria County Sheriff's Office / Jail
- Cary Faden (Court-Appointed Attorney)
- Lighthouse Learning Center
- Brazoria County District Attorney involved in the case
- Jail Nurse responsible for medical oversight

I respectfully request that the Court accept these documents for filing. I am proceeding pro se and receive Social Security Disability benefits. If further documentation or clarification is needed, please notify me at the contact information listed below.

Thank you for your time and assistance.

Sincerely,

Brandon–Meion : Brown©
Pro Se Plaintiff

P.O. Box 84
Clute, Texas 77531
Phone: 281-908-6300
Email: triocouriers@gmail.com

United States Courts
Southern District of Texas
F I L E D

JUL 29 2025

Nathan Ochsner, Clerk of Court

## CERTIFICATE OF SERVICE

I, Brandon–Meion : Brown©, hereby certify that on this 25th day of July, 2025, I served the following document:

• Certificate of Interested Parties

by placing a true and correct copy in a sealed envelope with first-class postage prepaid and depositing it in the United States mail, properly addressed to:

Clerk of the Court
United States District Court
Southern District of Texas
515 Rusk Street
Houston, TX 77002

RE: Civil Action No. 4:25-cv-03231, Brandon–Meion : Brown© v. Brazoria County Sheriff's Office / Jail, et al.

Respectfully submitted,

*[signature: Brandon Meion Brown]*

Brandon–Meion : Brown©
Pro Se Plaintiff
P.O. Box 84
Clute, Texas 77531
Phone: 281-908-6300
Email: triocouriers@gmail.com