United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON-MEION BROWN | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-03231 |
| | § | |
| BRAZORIA COUNTY SHERIFF'S, | § | |
| OFFICE/ JAIL ET AL., | § | |
| *Defendant.* | § | |

## ORDER

This case is set for an Initial Pretrial and Scheduling Conference on October 27, 2025.  ECF 3.  Defendant has not appeared.  It is therefore

ORDERED that the Initial Pretrial Scheduling Conference is reset for November 24, 2025 at 10:30 AM.  It is further

ORDERED that the Joint Discovery and Case Management Plan are due 10 days in advance of the conference.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on October 22, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge