Case 4:25-cv-03231   Document 16   Filed 11/13/25 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED

NOV 13 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

Case No.: 4:25-cv-03231
Plaintiff: Brandon–Meion : Brown©, Next Friend of Peter–Eugene : Alvarado©
Defendants: Brazoria County Sheriff's Office / Jail; BISD Police Department & Captain M. Crittenden; Lighthous

## NOTICE OF SUBPOENA FILING

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**Plaintiff, Brandon–Meion : Brown©,** acting in lawful capacity as Next Friend of Peter–Eugene : ⁄
provides notice of issuance of subpoenas pursuant to Rule 45 of the Federal Rules of Civil Pro
have been prepared and are to be served upon the following entities for the production of docu
relevant to this matter:

**1. Brazoria County Sheriff's Office / Jail** – medical, disciplinary, and ADA compliance records.
**2. BISD Police Department & Captain M. Crittenden** – arrest reports, communications, and ADA
**3. Lighthouse Learning Center / BISD** – educational, behavioral, and IEP/ARD-related records.

Each subpoena commands production of records to the U.S. District Court, Southern District o
secure electronic transmission to the Plaintiff's email address. Plaintiff will ensure proper servi
proof of service and return receipts once completed.

**Respectfully submitted this 28th day of October, 2025.**

*Brandon. Meion. Brown© Pro Se Plaintiff and Next Friend*
Brandon–Meion : Brown©, Plaintiff and Next Friend
P.O. Box 84, Clute, Texas 77531
Phone: 281-908-6300     Email: triocouriers@gmail.com