United States Courts
Southern District of Texas
FILED

NOV 13 2025

Nathan Ochsner, Clerk of Court

# RULE 26 INITIAL DISCLOSURES – MARITIME/LEGALESE EDITION

NOTICE: This filing is submitted under the Saving to Suitors Clause, 28 U.S.C. §1333, reserving all rights in personam and in rem;

submitted sui juris; without entering any unconscionable adhesion contract; without waiving rights, liberties, or protections under

UCC 1-308/1-103; with all maritime remedies preserved, nunc pro tunc. All parties operating in a custodial or quasi■maritime capacity

are charged with the heightened duty of care analogous to vessels in navigation, including medical, supervisory, ADA, and IDEA obligations.

This document (RULE 26 INITIAL DISCLOSURES – MARITIME/LEGALESE EDITION) is expanded to include maritime jurisdictional reservation, maxims of law, ADA/IDEA protections, and federal rights preservation.