United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON- MEION BROWN §<br>　*Plaintiff*, §<br>§<br>v. §<br>§<br>BRAZORIA COUNTY SHERIFF'S §<br>　OFFICE/ JAIL ET AL., §<br>　*Defendant*. § | CIVIL ACTION NO. 4:25-CV-03231 |

## ORDER

This case is set for an Initial Pretrial and Scheduling Conference on November 24, 2025. ECF 9. Defendant has not appeared. It is therefore

ORDERED that the Initial Pretrial Scheduling Conference is reset for February 25, 2026 at 10:30 AM. It is further

ORDERED that the Joint Discovery and Case Management Plan and Proposed Scheduling Order are due 10 days in advance of the conference.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on November 19, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge