IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| BRANDON-MEION BROWN, *Next Friend to PA, a Minor Child* § § § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 4:25-cv-03231 |
| § | |
| BRAZORIA COUNTY SHERIFF'S OFFICE, BRAZORIA INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT, LIGHTHOUSE LEARNING CENTER, AND CAPTAIN M. CRITTENDEN § § § § § § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney hereby enters an appearance as counsel of record for Defendants Brazoria [sic] Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden, and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the named Defendants. Counsel's contact information is as follows:

        **Christopher B. Gilbert**
        Texas Bar No. 00787535
        Southern District No. 17283
        Attorney in Charge
        **Arlene P. Gonzalez**
        Texas Bar No. 24109079
        **THOMPSON & HORTON LLP**
        3200 Southwest Freeway, Suite 2000
        Houston, Texas 77027
        Telephone: (713) 554-6744
        Facsimile: (713) 583-8884
        cgilbert@thompsonhorton.com
        agonzalez@thompsonhorton.com

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:   /s/ Christopher B. Gilbert
      Christopher B. Gilbert
      Texas Bar No. 00787535
      Southern District No. 17283
      Arlene P. Gonzalez
      Texas Bar No. 24109079

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone:   (713) 554-6744
Fax:         (713) 583-8884
cgilbert@thompsonhorton.com
agonzalez@thompsonhorton.com

Attorneys for Defendants Brazoria [sic] Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 12, 2025, the undersigned attorney served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by the Federal Rules.

      /s/ Christopher B. Gilbert
      Christopher B. Gilbert