UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRANDON-MEION BROWN,** *Next Friend to PA* **Plaintiff,** | § § § § |
| v. | §  CIVIL ACTION NO. 4:25-CV-03231 § |
| **BRAZORIA COUNTY SHERIFF'S OFFICE/ JAIL ET AL.** **Defendants.** | § § § § |

# **ORDER**

ON THIS DAY the Court considered Defendant Brazoria County Sheriff's Office Motion to Dismiss. The Court having reviewed the motion, the response, if any, and arguments, if any, enters the following Order:

Defendant's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) is granted.

It is so ORDERED.

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge