IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON-MEION BROWN, *Next Friend to PA, a Minor Child* § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | C.A. No. 4:25-cv-03231 | |
| § | | |
| BRAZORIA COUNTY SHERIFF'S OFFICE, BRAZORIA INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT, LIGHTHOUSE LEARNING CENTER, AND CAPTAIN M. CRITTENDEN § § § § § § § | | |
| Defendants. § | | |

## ORDER

The Court, having considered the Motion to Dismiss Plaintiffs' Amended Complaint filed by Defendants Brazoria [sic] Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden (hereinafter the "Brazosport ISD Defendants"), any response filed by the Plaintiff, any reply, any arguments of counsel, and the pleadings and evidence on file, finds that the Motion is meritorious and should in all things be GRANTED. It is therefore:

ORDERED that all of Plaintiffs' claims against Defendants Brazoria [sic] Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden are DISMISSED with prejudice.

SIGNED this ___ day of _____, 2025.

_____
United States District Judge