UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRANDON-MEION BROWN,** *Next Friend to PA* **Plaintiff,** v. **BRAZORIA COUNTY SHERIFF'S OFFICE/ JAIL ET AL.** **Defendants.** | § § § § § § § § § § § CIVIL ACTION NO. 4:25-CV-03231 |

## ORDER

ON THIS DAY the Court considered Defendant Brazoria County Sheriff's Office Motion to Stay Discovery and Other Deadlines. After considering the Motion and FINDING good cause, the Court orders as follows:

The Order for Initial Conference and Disclosure of Interested parties is stayed pending the Court's decision on Defendant's Motion to Dismiss.

The deadline for Defendant's time to respond to Plaintiff's discovery requests is stayed pending the Court's decision on Defendant's Motion to Dismiss.

It is so ORDERED.

_____        _____
Date                                                         The Honorable Alfred H. Bennett
                                                                  United States District Judge