UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

BRANDON–MEION BROWN,

Next Friend of Peter Eugene Alvarado,

Plaintiff,

v.

BRAZORIA COUNTY SHERIFF'S OFFICE / JAIL, et al.,

Defendants.

Civil Action No. 4:25-cv-03231

PLAINTIFF'S NOTICE OF CURED SERVICE

Plaintiff Brandon–Meion Brown, appearing pro se and as Next Friend of Peter Eugene Alvarado,

hereby provides notice to the Court that any alleged defect in service related to Plaintiff's

previously filed Opposition has been fully cured.

Plaintiff has now served Defendants' counsel with the First Amended Complaint and related

filings via certified mail, return receipt requested, as well as electronic mail, in accordance with

Federal Rule of Civil Procedure 5.

This Notice is filed to clarify the record and to ensure that this matter proceeds on the merits

rather than on procedural grounds.

Respectfully submitted,

Brandon–Meion Brown, pro se

Next Friend of Peter Eugene Alvarado

P.O. Box 84

United States Courts
Southern District of Texas
F I L E D

JAN 0 7 2026

Nathan Ochsner, Clerk of Court

Clute, Texas 77531

Phone: 281-908-6300

Email: triocouriers@gmail.com

Date: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

BRANDON–MEION BROWN,

Next Friend of Peter Eugene Alvarado,

Plaintiff,

v.

BRAZORIA COUNTY SHERIFF'S OFFICE / JAIL, et al.,

Defendants.

Civil Action No. 4:25-cv-03231

PLAINTIFF'S NOTICE OF CURED SERVICE

Plaintiff Brandon–Meion Brown, appearing pro se and as Next Friend of Peter Eugene Alvarado,

hereby provides notice to the Court that any alleged defect in service related to Plaintiff's

previously filed Opposition has been fully cured.

Plaintiff has now served Defendants' counsel with the First Amended Complaint and related

filings via certified mail, return receipt requested, as well as electronic mail, in accordance with

Federal Rule of Civil Procedure 5.

This Notice is filed to clarify the record and to ensure that this matter proceeds on the merits

rather than on procedural grounds.

Respectfully submitted,

Brandon–Meion Brown, pro se

Next Friend of Peter Eugene Alvarado

P.O. Box 84

Clute, Texas 77531

Phone: 281-908-6300

Email: triocouriers@gmail.com

Date: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

BRANDON–MEION BROWN,

Next Friend of Peter Eugene Alvarado,

Plaintiff,

v.

BRAZORIA COUNTY SHERIFF'S OFFICE / JAIL, et al.,

Defendants.

Civil Action No. 4:25-cv-03231

PLAINTIFF'S NOTICE OF CURED SERVICE

Plaintiff Brandon–Meion Brown, appearing pro se and as Next Friend of Peter Eugene Alvarado,

hereby provides notice to the Court that any alleged defect in service related to Plaintiff's

previously filed Opposition has been fully cured.

Plaintiff has now served Defendants' counsel with the First Amended Complaint and related

filings via certified mail, return receipt requested, as well as electronic mail, in accordance with

Federal Rule of Civil Procedure 5.

This Notice is filed to clarify the record and to ensure that this matter proceeds on the merits

rather than on procedural grounds.

Respectfully submitted,

Brandon–Meion Brown, pro se

Next Friend of Peter Eugene Alvarado

P.O. Box 84

Clute, Texas 77531

Phone: 281-908-6300

Email: triocouriers@gmail.com

Date: _____