IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON-MEION BROWN, as *Next Friend to* PETER-EUGENE ALVARADO | § § § § § | |
| Plaintiff, | § | |
| v. | § § § | C.A. No. 4:25-cv-03231 |
| BRAZORIA COUNTY SHERIFF'S OFFICE, BRAZORIA INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT, LIGHTHOUSE LEARNING CENTER, AND CAPTAIN M. CRITTENDEN | § § § § § § § § | |
| Defendants. | § § | |

## **ORDER**

The Court, having considered the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendants Brazosport Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden (hereinafter the "Brazosport ISD Defendants"), any response filed by the Plaintiff, any reply, any arguments of counsel, and the pleadings and evidence on file, finds that the Motion is meritorious and should in all things be GRANTED. It is therefore:

ORDERED that all of Plaintiff's claims against the Brazosport Independent School District and the three Brazosport ISD Defendants (Defendants Brazosport Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden) are DISMISSED with prejudice.

SIGNED this ___ day of _____, 2026.

_____
United States District Judge