UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRANDON-MEION : BROWN,
Plaintiff,

v.

BRAZORIA COUNTY, TEXAS, et al.,
Defendants.

Civil Action No. 4:25-cv-03231

United States Courts
Southern District of Texas
FILED

JAN 29 2026

Nathan Ochsner, Clerk of Court

**PLAINTIFF'S NOTICE OF CLARIFICATION**

Plaintiff Brandon-Meion : Brown, proceeding pro se, submits this Notice to clarify the purpose and effect of Plaintiff's most recent amended pleading.

The amended complaint was filed to respond to and counter arguments and positions asserted by Defendant Brazoria County, Texas, and to clarify and preserve Plaintiff's claims in light of those positions. The filing was not intended, and does not operate, as a voluntary dismissal, withdrawal, or abandonment of any claim against any defendant.

Plaintiff has not filed a notice of dismissal under Federal Rule of Civil Procedure 41, nor has the Court entered any order dismissing any defendant. All claims against all defendants remain pending.

This Notice is filed solely to clarify the record.

Respectfully submitted,

**Brandon-Meion : Brown**
Plaintiff, Pro Se
P.O. Box 84
Clute, Texas 77531
Phone: 281-908-6300
Email: triocouriers@gmail.com