UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 29 2026

Nathan Ochsner, Clerk of Court

**BRANDON-MEION : BROWN,**
Plaintiff,

v.

**BRAZORIA COUNTY, TEXAS, et al.,**
Defendants.

Civil Action No. 4:25-cv-03231

## PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING SECOND AMENDED COMPLAINT

Plaintiff Brandon-Meion : Brown, proceeding pro se, files this Notice of Clarification to ensure the record accurately reflects Plaintiff's intent concerning the Second Amended Complaint.

1. The Second Amended Complaint was filed for purposes of clarification and refinement of allegations, including municipal liability and jurisdictional matters related to Brazoria County, Texas.

2. Plaintiff did not intend to voluntarily dismiss, abandon, or withdraw any claims against any previously named defendants, including defendants associated with Brazosport Independent School District or related entities.

3. No dismissal pursuant to Federal Rule of Civil Procedure 41 has been filed, and no claims have been voluntarily withdrawn.

4. To the extent any ambiguity may exist regarding party status or scope, Plaintiff reserves the right to further clarify by amendment or motion, consistent with the Federal Rules of Civil Procedure and the Court's scheduling orders.

5. Service of process on Brazoria County is being perfected in accordance with Federal Rule of Civil Procedure 4(j)(2).

This Notice is submitted solely to clarify the procedural posture of the case and to avoid any misunderstanding regarding Plaintiff's intent.

Respectfully submitted,

**Brandon-Meion : Brown**
Plaintiff, Pro Se
P.O. Box 84
Clute, Texas 77531
Phone: 281-908-6300
Email: triocouriers@gmail.com