AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas, Houston Division

Brandon-Meshon:Brown
_Plaintiff(s)_

v.

Brazoria County, Texas
_Defendant(s)_

Civil Action No. 4:25-CV-03231

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Brazoria County, Texas
C/O Brazoria County Attorney
111 E. Locust Street, Suite 200
Angleton, Texas 77515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon-Meshon:Brown
P.O. Box 84
Clute, Texas 77531
281-908-6700
email TheCouriers@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NATHAN OCHSNER
CLERK OF COURT

Date: January 29, 2026

Joan Davenport
_Signature of Clerk or Deputy Clerk_