UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON-MEION BROWN, | § | |
| *Next Friend to PA,* | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-03231 |
| | § | |
| BRAZORIA COUNTY SHERIFF'S | § | |
| OFFICE/ JAIL, ET AL. | § | |
| **Defendants.** | § | |

### CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT, BRAZORIA COUNTY SHERIFF'S OFFICE

Defendant, Brazoria County Sheriff's Office ("Defendant"), submits their Certificate of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1, this Court's local procedures, and this Court's Order (Dkt. 3). Defendant certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities, are, or may be, financially interested in the outcome of this litigation:

1. Brandon-Meion Brown, Plaintiff
2. Peter-Eugene Alvarado
3. Brazoria County Sheriff's Office/ Brazoria County, Defendant

Respectfully submitted,

**Brazoria County Criminal District Attorney's Office**

By: */s/ Ryan Erickson*
RYAN ERICKSON
Attorney-in-Charge
Texas Bar No. 24091875
S.D. Tex. No. 3851317
LAUREN MENIA

Of Counsel
Texas Bar No. 24092823
S.D. Tex. No. 3877902
Airzola Cleaves
Of Counsel
Texas Bar No. 24139392
S.D. Tex. No. 3907331
237 E. Locust, Suite 305
Angleton, Texas 77515
Telephone: (979) 864-1233
E-mail: ryane@brazoriacountytx.gov
Fax: (979) 864-1712

**ATTORNEYS FOR DEFENDANT**
**BRAZORIA COUNTY SHERIFF'S OFFICE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2026, a true and correct copy of the above document was served upon the parties below:

***Via Certified Mail, Return Receipt Requested***
***Via Regular Mail***
Brandon-Meion Brown, *pro se*
P.O. Box 84
Clute, Texas 77531

***Via Electronic Mail***
Brandon-Meion Brown, pro se
triocouriers@gmail.com

Christopher B. Gilbert
cgilbert@thompsonhorton.com

*/s/ Ryan Erickson*
RYAN ERICKSON