IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| BRANDON-MEION BROWN § <br> *Next Friend to PA, a Minor Child* § <br> § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> § <br> BRAZORIA COUNTY SHERIFF'S § <br> OFFICE, BRAZORIA INDEPENDENT § <br> SCHOOL DISTRICT POLICE § <br> DEPARTMENT, LIGHTHOUSE § <br> LEARNING CENTER, AND CAPTAIN § <br> M. CRITTENDEN § <br> § <br> Defendants. § | Civil Action No. 4:25-cv-03231 |

### DEFENDANTS BRAZORIA [SIC] INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT, LIGHTHOUSE LEARNING CENTER, AND CAPTAIN M. CRITTENDEN'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Brazoria [sic] Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden, file this certificate listing all persons and entities which have a financial interest in the outcome of this litigation, and which are known to the Defendant at this time:

1. Brandon-Meion Brown — *Plaintiff*

2. Peter-Eugene Alvarado — *Plaintiff*

3. Brazosport Independent School District Police Department
c/o Christopher B. Gilbert and Arlene P. Gonzalez — *Defendant*

    Thompson & Horton LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Counsel for Defendants

4. Lighthouse Learning Center                             *Defendant*
    c/o Christopher B. Gilbert and Arlene P. Gonzalez
    Thompson & Horton LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Counsel for Defendants

5. Captain M. Crittenden                                    *Defendant*
    c/o Christopher B. Gilbert and Arlene P. Gonzalez
    Thompson & Horton LLP
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Counsel for Defendants

6. Brazoria County Sheriff's Office/ Brazoria County       *Defendant*

                                                  Respectfully submitted,

                                                  **THOMPSON & HORTON LLP**

                                                  By:  */s/ Arlene P. Gonzalez*
                                                         Christopher B. Gilbert
                                                         State Bar No. 00787535
                                                         Southern District No. 17283
                                                         cgilbert@thompsonhorton.com
                                                         (713) 554-6744 (Telephone)
                                                         Arlene P. Gonzalez
                                                         State Bar No. 24109079
                                                         Southern District No. 3654828
                                                         agonzalez@thompsonhorton.com
                                                         (713) 333-6139 (Telephone)
                                                         3200 Southwest Freeway, Suite 2000
                                                         Houston, Texas 77027
                                                         (713) 583-8884 (Fax)
                                                         **Attorneys for Defendants Brazoria [sic] Independent School District Police Department, Lighthouse Learning Center, and Captain M. Crittenden**

## CERTIFICATE OF SERVICE

  I hereby certify that on February 12, 2026, the undersigned attorney served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by the Federal Rules.

                */s/ Arlene P. Gonzalez*
                Arlene P. Gonzalez